**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR - 6 2016

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

*CLASS ACTION: SUBMITTED BY*
*AARON OBEGINSKI, LEIGH #1000357597*
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

1:16-CV-1136

-vs-

*JACKSON STATE PRISON (WARDEN) et al*
*WARE STATE PRISON (WARDEN) et al*
*TELFAIR STATE PRISON (WARDEN) et al*
*JIMMY AUTRY STATE PRISON (WARDEN) et al*
(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (X)    No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): *Aaron Obeginski*

Defendant(s): *CHRISTOPHER MARK HEGWOOD*

2.    Court (name the district): *UNITED STATES DISTRICT COURT, NORTHERN DISTRICT, STATE OF GEORGIA, ATLANTA DIVISION*

3.    Docket Number: *1:13-CV-02625-CC*

Rev. 12/5/07

## I.    Previous Lawsuits (Cont'd)

4.    Name of judge to whom case was assigned: _JUDGE CLARENCE COOPER_

5.    Did the previous case involve the same facts?

Yes ( )        No (X)

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_DISMISSED WITHOUT Prejudice_

7.    Approximate date of filing lawsuit: _26 TH day of JULY, 2013_

8.    Approximate date of disposition: _25 TH day of NOVEMBER, 2013_

## II.    Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.    Place of Present Confinement: _Jimmy AUTRY STATE PRISON_

B.    Is there a prisoner grievance procedure in this institution?

Yes (X)        No ( )

C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (X)        No ( )

D.    If your answer is YES:
1.    What steps did you take and what were the results?
_I have filed a grievance at each institution and have appealed the denial, IF possible, even writing the OMBUDSMAN and Inmate affairs, with NO Change in LAW LIBRARY access, resulting in my TRANSfer each time._

2.    If your answer is NO, explain why not: _____

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: *CLASS ACTION; SUBMITTED BY AARON LEIGH OBEGINSKI, An Inmate representing a class that include(s) "ALL PAST, PRESENT, and FUTURE INMATES OF THE DEPARTMENT OF CORRECTIONS, STATE OF GEORGIA."*

Address(es): *OTHER CLASS MEMBERS ARE SPREAD OUT AND SEGREGATED, TO KEEP FROM FORMING A CLASS; I'm currently held in Segregation at JIMMY AUTRY STATE PRISON, P.O.B. 648, PELHAM GA. 31779 (PHYSICAL ADDRESS UNKNOWN)*

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): *JACKSON STATE PRISON (WARDEN) et al. INCLUDING THOSE I've REQUESTED LAW LIBRARY ACCESS - BOTH VERBALLY and in writing.*

Employed as *WARDEN, GUARDS, Administration, and Medical STAFF.*

at *JACKSON STATE PRISON, IN JACKSON GEORGIA (SEE ATTACHED COMPLETE LIST.)*

✳ *Suit filed involved members of EACH DEFENDANT in THIER OFFICIAL AND INDIVIDUAL CAPACITIES* ✳

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*WIDESPREAD, ONGOING, INTERFEARANCE FROM PRISON Employees have denied Court Access by not allowing me, (AND THE CLASS), TO USE the reSEARCH TOOLS AVAILABLE AT THE LAW Library, OR providing someone trained in the LAW for inmates, resulting in my DIRECT APPEAL and POST CONVICTION CLAIMS BEING MOOTED. THE INJURIES are ongoing incarceration and fustration. RESULTING IN A "BOUNDS" CLAIM. VIOLATING OUR 1st, 5th, 6th, 8th, and 14th CONSTITUTIONAL Amendments of U.S. Constitution.*
(1) *Those in charge of LAW LIBRARY Access DENIED MY MULTIPLE REQUESTS to SCHEDULE ACCESS TIME DURING MY INCARCERATION.*

✳ *MULTIPLE REQUESTS FOR HELP TO FILE CLAIMS AT EVERY STAGE, by someone trained in the Law, Go unANSWERD* ✳

## IV.   Statement of Claim (Cont'd)

FROM DECEMBER, 2010 UNTIL AND THROUGH FEBRUARY, 2011.
MEDICAL REFUSED TO GIVE ME EYE GLASSES, AND NO ONE
TRAINED IN THE LAW WAS APPOINTED TO HELP ME FILE MY
DIRECT APPEAL, THE "BOUNDS" CLAIM OCCURRED AT JACKSON
STATE PRISON (F⁵-050-B) IN JACKSON GEORGIA. SEE EXHIBIT ①
DATED 2-3-11.

② AT WARE STATE PRISON, WAS LOCKED IN SEGREGATION OVER 50%
of my first year with NO LAW LIBRARY ACCESS, OR ANYONE
Provided THAT WAS TRAINED IN THE LAW TO HELP ME FILE
AN EFFECTIVE DIRECT APPEAL TO THE SUPREME COURT OF GEORGIA,
AND without EYEGLASSES for the entire first year. The
resulting injury was that I couldn't muster an effective pres-
-entation of my claims, and my WRIT OF CERTIORARI was denied.
ALSO MY STATE HABEAS CORPUS ON 9-12-12. BETH HOLLAND REFUSED
my written requests FOR COPIES OF MY LEGAL DOCUMENTS BECAUSE
SHE SAID "YOU HAVE NO MONEY TO MAKE LEGAL COPIES". (EXHIBIT withheld
Because I'm currently suffering the same injury presently, so I'm not
Being able to make LEGAL COPIES - even though I've paid for them!

③ ON APRIL 28, 2014 my STATE HABEAS CORPUS WAS DENIED, AND
on that date I WAS FALSELY CHARGED A D.R. (THAT WAS DROPPED THE
NEXT DAY) and was held in segregation for 32 days during the
30 day appeal period, WITH NO LAW LIBRARY ACCESS TO ANSWER THE APPEAL,
AND NO NOTARY SERVICES.

④ ON MAY 12ᵗʰ, 2014 I receive the finale ORDER DENYING
MY STATE HABEAS CORPUS (2 weeks after it was entered)
SEE EXHIBIT 2 (2 PAGES). DELAYING MY LEGAL MAIL
after receiving it, Resulting in my default ultimately

## V.   Relief

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

① APPOINT A MASTER TO GATHER & REPRESENT THE CLASS.
② POST "BULLITIN" in LAW LIBRARY, Housing Building Bulltin Boards,
and in medical to comence a CALL TO THOSE OF THE CLASS.
(I CAN NO LONGER HAVE CONTACT WITH THOSE OF THE CLASS
THAT HAD INTENDED TO JOIN IN THE CLASS for regular
court access via the LAW LIBRARY) Since we are WIDE-
SPEAD AND SEGREGATED, MAKE THIS POSTING OF THIS
CLASS ACTION STATEWIDE TO ALLOW THOSE OF THE CLASS
TO BE NOTIFIED AND INVOLVED.
③ INJUNCTIVE RELIEF GIVING immeadiate access to the
Legal tools in the LAW LIBRARY already available, and
to me at this late junction someone trained in the
LAW to help me file a Successive petition DUE TO THE

Rev. 12/5/07

V.    Relief (Cont'd)

FACT THE FIRST PETITION WAS "Ineffective" as a result of the "BOUNDS" Violation, causing me to suffer extreme fustration and continued incarceration.

④ DAMAGES FOR ATTORNEY'S FEES associated with the ongoing claim.

⑤ TO SET A "PRECEDENT" defining "BOUNDS" criteria of a claim, and establishing what is meant by "effective" and "MEANINGFUL" COURT / LAW LIBRARY access, and to establish a controlling case FOR FOR THE ELEVENTH CIRCUIT.

⑥ TO PUT AN END TO THIS WIDE SPREAD denial of access, resulting in innocent people being kept behind bars (like myself) with the last fundamental right — BEING TAKEN AWAY AND VIOLATED.

⑦ A SYSTEM WIDE ORDER OF RELIEF CONSISTENT with "TURNER".

Singed this **24TH** day of **March**, 20**16**.

_(signature)_
Signature of Plaintiff

**STATE OF** GEORGIA
**COUNTY (CITY) OF** MITCHELL

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 3-24-16
(Date)

_(signature)_
Signature of Plaintiff

# PART III : PARTIES

SECTION B: IN addition to JACKSON STATE PRISON;

②- THE WARDEN and LIBRARY STAFF AT
- WARE STATE PRISON IN WAYCROSS GEORGIA.
- ALSO BETH HOLLAND IN ADMINISTRATION

③- THE WARDEN and DEPUTY WARDEN of CARE and
Treatment Ms LEWIS (WHO WITH HER SECRETARY
Ms. Grimes) controls and schedules Law LiBRARY
- TELFAIR STATE PRISON IN TELFAIR COUNTY.
- ALSO GAIL GRIFFIN? DEPUTY WARDEN of ADMINISTRATION
- AND Ms HARRIS of Administration

④- DEFENDENTS; EDWARD PHILBIN (WARDEN), BENJIE
T. NOBLES (DEPUTY WARDEN CARE and TREATMENT), Ms BROWN
(LAW LIBrIAN), Ms WEST (administration)
- JIMMY AUTRY STATE PRISON

✱ ALL INDIVIDUALS ARE filed suit against their
OFFICIAL and INDIVIDUAL CAPACITIES ✱

PART IV  STATEMENT OF CLAIM (cont'd)

⑤ During my 32 day stay in segregation - my multiple attemps at writing requests for a NOTORY went unanswer, And even though I filed my CERTIFICATE OF PROBABLE CAUSE TO APPEAL on time, it was returned on JUNE 2nd, 2014 for not having my pauper's offidavit NOTORIZED.

⑥ When I refiled the CERTIFICATE OF PROBABLE CAUSE TO APPEAL, and it was received by the court on JUNE 10, 2014, The court considered it late (PAST THE 30 day deadline) and DISMISSED my appeal, which would also be claimed by the STATE OF GEORGIA ATTORNEY GENERAL'S ATTORNEYS OFFICE as defaulting all my FEDERAL REMEDIES also. Causing irreversible injury.

⑦ AGAIN at WARE STATE PRISON I was refused access to a copy machine and told to make LEGAL copies by hand. (From Sal/Gail Griffin administration at WARE STATE PRISON) 12-26-14.

TELFAIL STATE PRISON

⑧ Filed grievances on 7-3-15 and 9-9-15 with my counselor MS WILCOX at TELFAIR STATE PRISON and on 10-27-15 MS WILCOX said she hadn't receive either one, concerning the lack of Law LIBRARY access.

PAGE 2 of 7  of PART IV

## PART IV STATEMENT OF CLAIM (cont'd)

⑨ On __10-13-15__, I received signed approval by Law LIBRARIAN for extended (up to 4 hour a week) Law Library time, Yet D/W LEWIS and her secretary Ms. GRimes refused to schedule it. Also on __9-25-15__ Ms HARRIS from admin-istration refused to __NOTORIZE__ MY affidavit of indigency (Pauper's affidavit) in a documented response saying "They just need an account printout", "attached".

⑩ __10-26-15__ again moved to SEGREGATION with-out any formal charges, or a hearing thats required within 96 hours under S.O.P., and being refused any meaningful access wrote the OMBUDSMAN ON __10-29-15__ See (__EXHIBIT 3__) Violating My access to the courts.

⑪ On __11-3-15__ filed __MOTION FOR INJUNCTIVE RELIEF__ Because of denial of court access VIA the LAW LIBRARY, and was unable to respond to the courts. (See __EXHIBIT 4__ ' 4 PAGES')

⑫ Filed Inmate Interview Request Form with Ms Grimes (__EXHIBIT 5__)(__ORIGINAL__) documenting my fustration and denial of LAW LIBRARY Access dated __12-29-15__. It's signed at the bottom by __DEPUTY WARDEN LEWIS__, and

PART IV STATEMENT OF CLAIM (cont'd)

(12) cont: stapled to second Inmate Interview Request form dated 1-6-16, checking off Ms Lewis (D/w Care & Treatment) as the person I wish to speak with. NOTE: That both counselor Wilcox and simmons proclaim the "CLASS" has the same access difficulty as me. D/w Lewis issues *call-out and I meet with her on 1-15-16 at approx. 2:50 PM.

filed on 1-4-16 { (I had filed a 3rd Law Library access GRIEVANCE, but this time with my new Counselor Simmons, who gave me a receipt.) (SEE EXHIBIT 6)

* CALL-OUT (ORIGINAL) TAPED TO BOTTOM OF 1-6-16 document. AT Meeting with Ms Lewis she promised me more access to Law Library, and was unaware that when cancelled, inmates were not rescheduled, Ms Grimes was present and I have further notes.

(13) Grievance No. 210769 filed 1-4-16 denied 2-24-16. In the response Deputy WARDEN LEWIS "STATES" [I] never requested additional Law Library time. I received this denial on 3-21-16 and appealed it on 3-22-16 retaining a receipt.

(14) I am transferred to JIMMY AUTRY STATE PRISON the following week after speaking with D/w LEWIS, on 1-21-16.
PAGE 4 of 7

_PART II STATEMENT OF CLAIM (cont'd)_

(15). Turned in LAW LIBRARY request 1-22-16 AM.

(16) ROBBED and placed in SEGREGATION 1-26-16.

(17) Turned in LAW LIBRARY request for legal materials and nothing arrives the week while in Seg. Request Grievance from Mr. AUTRY, on 1-28-16, said he'd return tomorrow with one. DIDN't happen

(18) Filed grievance on 2-2-16 because I couldn't get Law LIBRARY access in segregation, nor any response to my 1-22-16 request.

(19) On 2-3-16, Law LIBRIAN, Ms. Brown came to my Building and asked if anyone wanted to go to the law library, she informed me if I wanted to go - I had to have a call-out.

(20) On 2-11-16 filed (EXTRA TIME/access form) with Ms Brown and complained about being scheduled with call-out, yet denied access on 2-11-16. Also filed complaint with Chief Counselor Bell.

(21) On 2-15-16 at approx. 1PM returning from lunch, encounter Ms. Brown at gate leading to L&K building and asked why I hadn't been scheduled and given a LAW LIBRARY CALL-OUT. She YELLED

PAGE 5 of 7

## PART II STATEMENT OF CLAIM (cont'd)

21) cont'd: back at me "Didn't you file grievance, go ahead and work with that" and I've never since been schedule for a Law Library call-out again as of <u>3-24-16</u>.

22) On <u>2-24-16</u> was able to check out "2009" GA. RULES during regular "OPEN" Library, but was refused access to 3 (three) open LAW LIBRARY computers. (Have witnesses)

23) On <u>2-25-16</u>, My Counselor came by my building just before (12 PM count). I explained my access problem, and Mr Johnson suggested I filed another grievance, at <u>12:03 PM</u>.

24) On <u>2-26-16</u> moved to Segregation on false charges that were dropped, but still remain.

25) On <u>2-29-16</u> I received the denial of my grievance No. <u>212377</u>, signed by Warden EDWARD Philbin on <u>2-25-16</u>. Stating "Resolution denied" and that Ms. Brown claimed I didn't show-up for my extra time. Counsel Brown (by the same name as LAW LIBRIAN Ms Brown) delivering the Warden's Response was informed that the building officer I'm housed with won't sign you out and let an inmate go to thier call-out unless it's

PAGE 6 of 7

PART IV STATEMENT OF CLAIM (con't)

26) cont'd. first cleared to proceed by escort. All move-
ment here at JIMMY AUTRY STATE PRISON is by escort.

27) On 3-1-16, 3-8-16, and 3-9-16 about no access    SPOKE TO WARDEN PHILBIN
to the law library and neither I nor my
cellmate has received any material as of
this date 3-24-15, save for 3 case on 3-3-16.
and the WARDEN has failed to address. See
affidavit from cellmate (EXHIBIT 8).

28) ON 3-7-16 received financial statment,
(See EXHIBIT 9) and was charge $4.25 for
LEGAL COPIES on 1-6-16. Neither Ms Simmons
at TELFAIR STATE PRISON (Ms WILCOX as witness), NOR
Ms WEST here at JIMMY AUTRY STATE PRISON will
honor the paid request for legal copies, not
allowing me to send to you all of my evidence
of this ongoing "BOUNDS" violation and the
EXTREME FUSTRATION of not being able to
respond to current pending appeals such as
CASE No. A16A0089 Now being decided in the
APRIL, 2016 term which I need your
immeadiate intervention/Injunction

29) 3-22-16, DEPUTY WARDEN NOBLES OF CARE &
See  TREATMENT IS INTERCEPTING LAW LIBRARY REQUESTS,
EXHIBIT  SO APPARENTLY THIER NOT GETTING TO LAW LIBRIAN
10)              PAGE 7 of 7

RE: 1983 CLASS ACTION

Thursday, March 24, 2016.

Dear Clerk;

1: 16-CV-1136

I'm filing this suit U.S.C § 1983 on behalf of
the class that the prison system is effectively
segregating. I'm being denied the proper
forms but it is intended to be filied
as an indigent suit. Please forward
the proper in forma pauperis forms for me
to file with you.

I'm also suffering a "BOUNDS" violation and
need "someone trained in the LAW" to help
represent me because next week, in APRIL
my direct appeal of an Arrest warrant hearing
goes before the GA. Court of Appeals, and I've
been denied the access to any meaningful use
of the LAW LIBRARY. The Trial judge was
also one of my witnesses, and shouldn't of
been over the preceding.

I also need help in filing an appeal at
the federal level.

Respectfully: Aaron O

AARON OBEGINSKI #1000357597
JIMMY AUTRY STATE PRISON
P.O. BOX 648, PELHAM GA. 31779



CLERK OF COURT
U.S. DISTRICT COURT
2211 United States Courthouse
75 TED TURNER DRIVE, S.W.
ATLANTA, GA. 30303-3361

U.S. POSTAGE
PAID
PELHAM, GA
31779
APR 04, 16
AMOUNT
$0.00
R2305H127794-06
30303
1000

CLEARED
APR - 6 2016
U.S. Marshals
Atlanta Ga.

7003 2260 0004 5051 9149

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

1:16-CV-1136

STATE PRISON  J2-234-B
P.O. BOX 648
PELHAM, GA. 31779

Autry State Prison
P.O. Box 648, Pelham, GA 31779

"The enclosed letter was processed through special
mailing procedure for forwarding to you. The
letter has neither been opened nor inspected. If
this writer raises a question or problem over which
to return the correspondence, endless information
certification of the writer encloses
correspondence for forwarding to another addressee,
please return the enclosure to the above address"